SCANNED AT WCI and E-Mailed
to USDC OHSD on 2/17
2018 by HB
No. of Pgs. 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

Granted.
Karen L. Litkovitz
3/12/18

HOWARD

v

CASE NO. 1:13-CV-00295

COMMISSIONER OF SOCIAL SECURITY,
ET AL

PLAINTIFF HOWARD'S REQUEST TO HAVE CLERK FORWARD
DOCUMENT 36-39 TO PLAINTIFF ADDRESS OF RECORD

PLAINTIFF DAVID HOWARD REQUEST THIS
Court to give an order to the
Clerk of court to Forward Document
Numbers 36-39 to MR. Howard's detained
Address For pending relief for Reconsideration
purposes.

respectfully Submitted

David C. Howard

DAVID Howard
P. O BOX 120
LEBANON, OHIO
45036