# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

DAVID C. HOWARD,
    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

Case No. 1:13-cv-295
Black, J.
Litkovitz, M.J.

**ORDER**

This matter is before the Court on plaintiff's "motion for leave to file reconsideration and/or Federal Civil Rule 60(B). (Doc. 41).

As best the Court can discern, plaintiff alleges he did not receive the Report and Recommendation or Order adopting the Report and Recommendation. See Docs. 35, 38. Therefore, plaintiff seeks leave to file a motion regarding the Report and Recommendation and Order. For good cause shown, the motion is **GRANTED**. Plaintiff is granted **30 days** to file a motion for relief from judgment pursuant to Fed. R. Civ. P. 60.

Karen L. Litkovitz
United States Magistrate Judge